# Order

Michigan Supreme Court
Lansing, Michigan

July 25, 2018

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

156622(65)

W A FOOTE MEMORIAL HOSPITAL,
d/b/a ALLEGIANCE HEALTH,
       Plaintiff-Appellant,

v

MICHIGAN ASSIGNED CLAIMS PLAN
and MICHIGAN AUTOMOBILE INSURANCE
PLACEMENT FACILITY,
       Defendants-Appellees,
and

JOHN DOE INSURANCE COMPANY,
       Defendant.
_____/

SC:  156622
COA:  333360
Kent CC:  15-008218-NF

On order of the Chief Justice, the motion of defendants-appellees to extend the time for filing their supplemental brief is GRANTED.  The supplemental brief will be accepted for filing if submitted on or before August 17, 2018.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 25, 2018



Clerk